PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
GALI GRANT - State Bar No. 271879
ggrant@glaserweil.com

GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Petitioner Laika, LLC

FILED
OCT - 6 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV 17 80124 MISC EDL

| IN RE DMCA SUBPOENA TO REDDIT.COM | CASE NO.: |
|---|---|
| | **DECLARATION OF ANDREW BAUM IN SUPPORT OF DMCA SUBPOENA TO REDDIT.COM** |

# DECLARATION OF ANDREW BAUM

I, Andrew Baum, hereby declare as follows:

1. I am a partner of the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP ("Glaser Weil"). I am an attorney for the petitioner Laika, LLC ("Laika") in connection with enforcing Laika's intellectual property rights and am authorized to act on Laika's behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would competently testify thereto.

2. I submit this declaration in support of Laika's request for issuance of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(h) ("DMCA Subpoena") to the service provider reddit.com ("reddit") to obtain information sufficient to identify alleged infringers, who posted material to reddit that infringes copyright rights held by Laika, without Laika's authorization.

3. With the authorization of Laika, and pursuant to 17 U.S.C. § 512(c)(3), on September 19, 2017, September 25, 2017, September 26, 2017, and September 28, 2017, Glaser Weil sent reddit's registered DMCA agent notifications that Laika copyrighted material was available on reddit without Laika's authorization. The notifications identified the copyrighted works by title and the URLs where each infringing post appears on reddit. A true and correct copy of the September 19, 2017 notification, the September 25, 2017 notification, the September 26, 2017 notification, and the September 28, 2017 notification are attached hereto as **Exhibit "A."**

4. The purpose of the concurrently-filed DMCA Subpoena is to obtain the identity of alleged infringers, and such information obtained will only be used for the purpose of protecting rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 5, 2017, in Los Angeles, California.

/s/ Andrew Baum
ANDREW BAUM

# EXHIBIT A

# GlaserWeil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Patricia L. Glaser

September 19, 2017

**Direct Dial**
310.282.6217
**Direct Fax**
310.785.3517
**Email**
pglaser@glaserweil.com

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Copyright Agent
reddit, Inc.
548 Market St., #16093
San Francisco, CA 94104-5401
copyright@reddit.com

Re:   DMCA Take-Down Notice Regarding Infringing Post On reddit.com

To Whom It May Concern,

    Our firm represents Laika, LLC. We write to you concerning a September 18, 2017 post on reddit.com by user "IFTTT" (the "Post") that unlawfully publishes proprietary and copyright-protected information belonging to our client.

    The Post, available at http://bit.ly/2xMncet, recites the plot of and includes **_direct quotes_** from two unreleased and unpublicized Laika, LLC films—"Seeking Shangra[sic.] La" and "Get Back" collectively (the "Films"). The information included in the Post is confidential information subject to copyright protections.

    Accordingly, this letter shall serve as a formal notice of infringement and request for removal of the September 18, 2017 post by IFTTT pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act (DMCA). Laika, LLC is the exclusive copyright owner of the Films and the content included in the Post available at the URL identified above. We have a good faith belief that the use of this material as it is used in the Post is not authorized by the copyright owner, its agent, or applicable law. The undersigned hereby certifies, under penalty of perjury, that the information contained in this notification is accurate, and that she is an agent authorized to act on behalf of Laika, LLC.

    The publication of the confidential, valuable, and copyright-protected information in the Post has and will continue to cause Laika, LLC significant and long-term losses. Among other things, the information in the Post may seriously hamper the success of the Films and creates a significant risk that others will steal and misuse the proprietary information in the Post. Indeed, harming Laika, LLC and one of its producers—Travis Knight—appears to be the express intent of the poster, who states at the opening of his post: "Travis Knight, You fucked over hundreds of Laika

1389130.1

September 19, 2017
Page 2

employees in your pursuit to make a name for yourself in Hollywood. Now it's our turn to fuck you back." The risk of substantial damages to Laika, LLC increases with every minute that the Post is up on your website.

As you likely are aware, any immunity from liability for these significant losses that reddit may have under the DMCA would not apply if reddit does not act promptly to remove the Post upon receipt of this notice.

In light of reddit's obligation under the DMCA and reddit's own policy prohibiting the use of its website to "break the law . . . or infringe any person or entity's intellectual property or any other proprietary rights[,]" we expect that the infringing Post will be removed immediately. Please confirm by no later than close of business on Wednesday, September 20, 2017 that the Post has been removed.

In the meantime, nothing contained herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Very truly yours,

*[signature]*

PATRICIA L. GLASER
of GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

PLG:gg

1389130.1

# GlaserWeil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Andrew Baum

September 25, 2017

Direct Dial
310.282.6298
Direct Fax
310.785.3598
Email
abaum@glaserweil.com

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Copyright Agent
reddit, Inc.
548 Market St., #16093
San Francisco, CA 94104-5401
copyright@reddit.com

Re:   DMCA Take-Down Notice Regarding Infringing Post On reddit.com

To Whom It May Concern,

    Our firm represents Laika, LLC. We write to you concerning a September 25, 2017 post on reddit.com by user "SirLionelFrost" (the "Post") that unlawfully publishes proprietary and copyright-protected information belonging to our client.

    The Post is available at: https://www.reddit.com/r/laika/comments/727tf3/what_do_you_think_the_next_laika_film_is_about. It provides the name of the film and its main character and recites the plot of an unreleased and unpublicized Laika, LLC film—"Seeking Shangra[sic.] La" (the "Film"). The information included in the Post is confidential information subject to copyright protections.

    Accordingly, this letter shall serve as a formal notice of infringement and request for removal of the September 25, 2017 Post by SirLionelFrost pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act (DMCA). Laika, LLC is the exclusive copyright owner of the Film and the content included in the Post available at the URL identified above. We have a good faith belief that the use of this material as it is used in the Post is not authorized by the copyright owner, its agent, or applicable law. The undersigned hereby certifies, under penalty of perjury, that the information contained in this notification is accurate, and that he is an agent authorized to act on behalf of Laika, LLC.

    The publication of the confidential, valuable, and copyright-protected information in the Post has and will continue to cause Laika, LLC significant and long-term losses. Among other things, the information in the Post may seriously hamper the success of the Film and creates a significant risk that others will steal and misuse the proprietary information in the Post. Indeed, harming Laika, LLC and one of its

1392764.1

September 25, 2017
Page 2

producers—Travis Knight—appears to be the express intent of the poster, who vulgarly states at the end of his/her post: "Travis Knight can suck a dick for laying off most of the production staff." The risk of substantial damages to Laika, LLC increases with every minute that the Post is up on your website.

As you likely are aware, any immunity from liability for these significant losses that reddit may have under the DMCA would not apply if reddit does not act promptly to remove the Post upon receipt of this notice.

In light of reddit's obligation under the DMCA and reddit's own policy prohibiting the use of its website to "break the law . . . or infringe any person or entity's intellectual property or any other proprietary rights[,]" we expect that the infringing Post will be removed immediately. Please confirm by no later than close of business on Wednesday, September 27, 2017 that the Post has been removed.

Additionally, it appears that this most recent Post is part of an ongoing campaign by one or multiple reddit.com users to damage Laika, LLC and Mr. Knight. In fact, this is the second instance in less than one week that an infringing post about the Film has been published on reddit.com. As explained in our September 19, 2017 letter to you, a similar post about the Film was published by user "IFTTT" on September 18, 2017. That post has since been removed, and we appreciate the swiftness with which you removed it. We must, however, ensure that no further infringing posts are published. To that end, we intend to serve you with a subpoena pursuant to 17 U.S.C. § 512(h) in order to obtain information from reddit sufficient to identify the user/s generating these posts. Please let us know by close of business on Wednesday, September 27, 2017, whether you would be willing to provide us with this information without the need for a DMCA subpoena so that the parties may avoid the costs associated with this formal process.

In the meantime, nothing contained herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Very truly yours,

*[signature]*

ANDREW BAUM
of GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

AB:gg

1392764.1

# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Andrew Baum

September 26, 2017

**Direct Dial**
310.282.6298
**Direct Fax**
310.785.3598
**Email**
abaum@glaserweil.com

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Copyright Agent
reddit, Inc.
548 Market St., #16093
San Francisco, CA 94104-5401
copyright@reddit.com

Re:   DMCA Take-Down Notice Regarding Infringing Posts On reddit.com

To Whom It May Concern,

    As you know, our firm represents Laika, LLC. We write to you concerning two additional infringing and harassing posts on reddit.com that appear to be part of an illegal and malicious campaign against our client, likely by one, but perhaps several, reddit.com users. Like the other posts described in our September 19, 2017 and September 25, 2017 letters to you, these two additional posts—posted on September 19, 2017, this time under the user name "Laika_throwaway"(the "Posts")—unlawfully publish proprietary and copyright-protected information belonging to our client.

    The Posts are available at https://www.reddit.com/user/Laika_throwaway (where the post appears twice) and at https://www.reddit.com/r/laika/comments/62szkr/the_evolution_future_of_laika_studios_films/ (where it appears as a comment to another post). The Posts—which are identical to each other and to the September 18, 2017 post described in our September 19 letter—recite the plot of and include *direct quotes* from two unreleased and unpublicized Laika, LLC films—"Seeking Shangra[sic.] La" and "Get Back" (the "Films"). The information included in the Posts is confidential information subject to copyright protections.

    Accordingly, this letter shall serve as a formal notice of infringement and request for removal of the September 19, 2017 Posts by Laika_throwaway pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act (DMCA). Laika, LLC is the exclusive copyright owner of the Films and the content included in the Posts available at the URLs identified above. We have a good faith belief that the use of this material as it is used in the Posts is not authorized by the copyright owner, its agent, or applicable law. The undersigned hereby certifies, under penalty of perjury,

1393126.1

September 26, 2017
Page 2

that the information contained in this notification is accurate, and that he is an agent authorized to act on behalf of Laika, LLC.

As explained in our prior letters referenced above, the publication of the confidential, valuable, and copyright-protected information in the Posts has and will continue to cause Laika, LLC significant and long-term losses and the risk of substantial damages to Laika, LLC increases with every minute that the Posts are up on your website. As you know, any immunity from liability for these significant losses that reddit may have under the DMCA would not apply if reddit does not act promptly to remove the Posts upon receipt of this notice.

In light of reddit's obligation under the DMCA and reddit's own policy prohibiting the use of its website to "break the law . . . or infringe any person or entity's intellectual property or any other proprietary rights[,]" we expect that the infringing Posts will be removed immediately. Please confirm no later than September 28, 2017 that the Posts have been removed

Additionally, due to the continuing and harassing nature of these and the other posts described in our prior letters, it would be appropriate and prudent for reddit to block the user (or users) generating these posts from reddit.com. Aside from violating reddit's policy regarding proprietary information, the user (or users) is violating reddit's Content Policy prohibiting content that "[t]hreatens, harasses, or bullies[.]" Like the other two posts described in our prior letters, the Posts use profanity and threats—such as "it's our turn to fuck you back"—against Laika and one of its producers, Travis Knight. In fact, one of the Posts by Laika_throwaway is preceded by a vulgar post titled "Fuck Travis Knight" under which this user repeatedly writes profane and aggressive messages such as "Fuck Laika" and "Fuck Travis!!!" Based on reddit's clear policy, we expect that you will agree that there is no place on your website for such continuing harassment, and that you will block any posts by the user (or users) generating the offending posts under any existing or new username. Please let us know whether you intend to take such action.

Finally, as we advised in our September 25 letter, we intend to serve you with a DMCA subpoena in the next day or two so that we may obtain information sufficient to identify the author (or authors) of the unlawful posts described in this and our prior correspondence. We would very much appreciate your cooperation in providing us with the information as quickly as possible so that we may take the necessary action to stop the unlawful conduct and mitigate Laika, LLC's mounting damages.

September 26, 2017
Page 3

In the meantime, nothing contained herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Very truly yours,

*[signature]*

ANDREW BAUM
of GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

AB:gg

# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Andrew Baum

Direct Dial
310.282.6298
Direct Fax
310.785.3598
Email
abaum@glaserweil.com

September 28, 2017

VIA E-MAIL AND FIRST CLASS MAIL

Copyright Agent
reddit, Inc.
548 Market St., #16093
San Francisco, CA 94104-5401
copyright@reddit.com

Re:   DMCA Take-Down Notice Regarding Infringing Post On reddit.com

To Whom It May Concern,

It has come to our attention that the September 19, 2017 post by the user "Laika_throwaway"(the "Posts") still exists on reddit.com. Although the Post was removed from various other locations on your website pursuant to our September 26, 2017 letter to you, it is still available at:
https://www.reddit.com/user/Laika_throwaway.

As explained in our September 26 letter to you, the Post recites the plot of and include *direct quotes* from two unreleased and unpublicized Laika, LLC films— "Seeking Shangra[sic.] La" and "Get Back" (the "Films"). The information included in the Post is confidential information subject to copyright protections.

Accordingly, this letter shall serve as a further formal notice of infringement and request for removal of the September 19, 2017 Posts by Laika_throwaway pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act (DMCA). Laika, LLC is the exclusive copyright owner of the Films and the content included in the Posts available at the URL identified above. We have a good faith belief that the use of this material as it is used in the Post is not authorized by the copyright owner, its agent, or applicable law. The undersigned hereby certifies, under penalty of perjury, that the information contained in this notification is accurate, and that he is an agent authorized to act on behalf of Laika, LLC.

For the reasons set forth in our September 26 letter, reddit should remove the unlawful Post. Please confirm by no later than September 29, 2017 that the Post has been removed.

1394037.1

September 28, 2017
Page 2

In the meantime, nothing contained herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Very truly yours,

ANDREW BAUM
of GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

AB:gg

1394037.1