# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Andrew Baum

October 5, 2017

**FILED**

OCT – 6 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Direct Dial**
310.282.6298
**Direct Fax**
310.785.3598
**Email**
abaum@glaserweil.com

<u>VIA MESSENGER</u>

Susan Y. Soong,
Clerk of the Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

CV 17 80 124 M

EDL

Re:   DMCA Subpoena to reddit.com
      Case #

Dear Clerk of the Court:

Petitioner Laika, LLC ("Laika"), through its undersigned counsel of record, hereby respectfully requests that the Clerk of this Court issue a subpoena to reddit.com ("reddit") to identify alleged infringers of Laika's copyrighted material, pursuant to 17 U.S.C. § 512(h). The proposed DMCA subpoena is attached hereto.

Laika is the owner of several copyrighted films. In its efforts to protect its works, Laika has determined that infringing material from these works, posted at the direction of individual users, appear on reddit.com without Laika's authorization. Upon such discovery, Laika sent reddit's registered DMCA agent several DMCA notifications that identified the subject copyrighted works and the infringing material and its location on reddit. With this letter, Laika seeks to obtain a DMCA subpoena to learn the identity of the individuals behind the infringing content.

Laika has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) Laika has submitted a copy of the notifications required by Section 512(c)(3)(A) as Exhibit A to the Baum Declaration, submitted concurrently herewith;

(2) Laika has submitted the proposed DMCA subpoena (attached hereto);

(3) Laika has submitted a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of alleged infringers and that such information will only be used for the purpose of protecting rights under this title. *See* Baum Declaration, attached hereto, at ¶ 4.


ORIGINAL FAXED

October 5, 2017
Page 2

Because Laika has complied with the statutory requirements, Laika respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Respectfully,

/s/ Andrew Baum

ANDREW BAUM
of GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

AB:gg